# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2013

### NO. 03-12-00205-CV

**Brad Livingston, in his Official Capacity as the Executive Director of the Texas Department of Criminal Justice, Appellant**

**v.**

**Laura Beeman and Janet Lock, Appellees**

---

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is reversed, and judgment is rendered dismissing appellees' Laura Beeman and Janet Lock's claims for want of subject-matter jurisdiction. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.